**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRAVIS D. SMITH,

    Petitioner,

-vs-                                                                   Case No. 8:05-CV-1355-T-30EAJ

JAMES V. CROSBY, et al.,

    Respondents.

_____/

## ORDER

This cause is before the Court on Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Petitioner challenges his conviction for, *inter alia*, battery on a law enforcement officer, obstructing an officer without violence, and resisting arrest with violence entered by the Sixth Judicial Circuit Court, Pinellas County, Florida, August 9, 1999.

Petitioner states that the convictions challenged herein were also placed at issue in a § 2254 petition previously filed in the district court. The Court has reviewed its files and determined that Petitioner challenged these convictions in Case No. 8:03-CV-2338-T-23MAP. That case was dismissed on May 13, 2004, for failure to exhaust the claims in state court.

Local Rule 1.04(a) (M.D. Fla.) provides, in pertinent part, as follows:

> Whenever a second or subsequent case seeking post conviction or other relief by petition for writ of habeas corpus is filed by the same petitioner involving the same conviction, it shall be assigned, or reassigned if need be, to the same judge to whom the original case was assigned.

ACCORDINGLY, with his consent, the Court **ORDERS** that the **Clerk** shall reassign this case to The Honorable Steven D. Merryday pursuant to Local Rule 1.04(a) (M.D. Fla.).

**DONE** and **ORDERED** in Tampa, Florida on August 31, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Pro Se* Petitioner

SA/jsh
SA/ro